

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00195-CR

| | | |
|---|---|---|
| CHARLES CODY LYON, Appellant | § | On Appeal from the 415th District Court |
| | § | |
| | | of Parker County (CR13-0619) |
| V. | § | |
| | | December 27, 2018 |
| | § | |
| | | Opinion by Rebecca Simmons |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to that of second-degree-felony theft of property with an aggregated value between $100,000 and $200,000 and we remand the case to the trial court for a new punishment trial.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Rebecca Simmons
       Justice Rebecca Simmons